**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

_____
                                )
UNITED STATES OF AMERICA        )
                                )
v.                              )    Criminal Action No. 04-0355
                                )
JOSE LUIS AGUILAR GUERRERO,      )
                                )
            Defendant.           )
_____)

### ORDER

This matter comes before the Court on the Government's Motion for Reduction in Sentence pursuant to Fed. R. Crim. P. 35(b). It appearing to the Court that Defendant has provided "substantial assistance in investigating or prosecuting another person," Fed. R. Crim. P. 35(b), it is hereby

ORDERED that Government's Motion is GRANTED and the Defendant's sentence is reduced from the 46 months heretofore imposed to 23 months.

                                        /s/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 2, 2006